**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02148-GPG

OUMAR NDIAYE,

     Petitioner,

v.

ROBERT GUARDIAN,
   *Office; Director of ICE,*

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 20] entered  by United States District Judge Gordon P. Gallagher on June 12, 2026, and supplemented by the Status Report [D. 21] by Respondent, it is

ORDERED that Respondent complied with Order [D. 20] and the Court was updated that Petitioner was denied bond. It is further

ORDERED that the Letter [D. 22] by Petitioner is construed as a Motion to reconsider and DENIED. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 30th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
        Deputy Clerk